Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

# UNITED STATES DISTRICT COURT
for the
_____ District of _____
_____ Division

Case: 2:24-cv-00639
Assigned To : Bennett, Jared C.
Assign. Date : 8/28/2024
Description: Kush v. Cox et al

Case No. _____

Remy Kush a Utah Residents (Class Action Attempt)
*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

Gov. Spencer Cox, former Gov. Gary Herbert, Utah State Board of Education Superintendents Sydnee Dickson & Scott Jones, U.S. Department of Education, T-MOBILE Corp., AT&T Corp., Verizon Corp.
*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)

Jury Trial: *(check one)* ☒ Yes ☐ No

FILED
2024 AUG 28 PM 1:35
CLERK
U.S. DISTRICT COURT

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

- Name: Remy Kush
- Address: 2210 Snow Basin Cr.
  - City: Sandy
  - State: UT
  - Zip Code: 84093
- County: Salt Lake County
- Telephone Number: 385-315-1765
- E-Mail Address: remy@remybubbakush.org

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

**Defendant No. 1**
- Name: Sydnee Dickson (Scott Jones Same Contact Info)
- Job or Title (if known): Utah State Board of Education
- Address: 250 E 500 S
  - City: SLC
  - State: UT
  - Zip Code: 84043
- County: Salt Lake County
- Telephone Number: 801-538-7500
- E-Mail Address (if known):

[ ] Individual capacity   [X] Official capacity

**Defendant No. 2**
- Name: Spencer Cox (Governor) (Gary Herbert unlisted
- Job or Title (if known): 350 N State St                so same)
- Address: # 200
  - City: SLC
  - State: UT
  - Zip Code: 84114
- County: Salt Lake County
- Telephone Number: 801-538-1000
- E-Mail Address (if known):

[ ] Individual capacity   [X] Official capacity

Page 2 of 6

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

**Defendant No. 3**
Name: US Department of Education
Job or Title (if known): Department of Education Building
Address: 400 Maryland Ave, SW
City: Washington  State: D.C.  Zip Code: 20202
County: —
Telephone Number: —
E-Mail Address (if known):

☐ Individual capacity   ☐ Official capacity

**Defendant No. 4**
Name: T-MOBILE CORPORATION
Job or Title (if known):
Address: 12920 SE 3
City: Bellevue  State: WA  Zip Code: 98006
County: —
Telephone Number: 360-756-7123
E-Mail Address (if known):

☐ Individual capacity   ☒ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☐ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

III. **Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

B. What date and approximate time did the events giving rise to your claim(s) occur?

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

These telecommunications towers are leading to a slew of medical conditions in many within a 1 mile radius for sure. Based on past studies proving even prior "lesser strengthed technologies" in 1G/2G/3G/4G were damaging to human health. As a scientist I will share as much prior data from scientists possible and help gather data showing harm and distrust/dislike of these telecommunications towers on publicly-owned & managed school properties across the state.

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I will show you the community wants these brought down respectfully within your court. Please help us remove them. Thank you

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 08/28/24

Signature of Plaintiff

Printed Name of Plaintiff

### B. For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Address

                                         *City*          *State*         *Zip Code*

Telephone Number

E-mail Address

IFP_SCREEN,JURY,OPEN_MJ,PEND_CONSENT,PROSE

[Email All Attys]
[Email All Attys and Secondary Emails]

# US District Court Electronic Case Filing System
## District of Utah (Central)
## CIVIL DOCKET FOR CASE #: 2:24-cv-00564-JCB

Kush v. Vickers et al
Assigned to: Magistrate Judge Jared C. Bennett
Cause: 28:1331 Fed. Question

Date Filed: 08/07/2024
Jury Demand: Plaintiff
Nature of Suit: 950 Constitutional - State Statute
Jurisdiction: Federal Question

**Plaintiff**

**Remy Kush**   represented by   **Remy Kush**
2210 SNOW BASIN CIR
SANDY, UT 84093
385-315-1765
Email: remy@remybubbakush.org
PRO SE

V.

**Defendant**

**Evan J. Vickers**
*Politician/pharmacy owner*

**Defendant**

**Gregory H. Hughes**

**Defendant**

**Spencer Cox**
*Governor of Utah*

**Defendant**

**Gary Herbert**
*Ex-Utah Governor*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/07/2024 | 1 | COMPLAINT against Spencer Cox, Gary Herbert, Gregory H. Hughes, Evan J. Vickers **(Originally received by the court on 8/7/2024).** (Fee Status: In Forma Pauperis) filed by Remy Kush. (Attachments: # 1 Civil Cover Sheet) Assigned to Magistrate Judge Jared C. Bennett (kec) (Entered: 08/07/2024) |

| 08/07/2024 | 2 | **SEALED DOCUMENT** MOTION for Leave to Proceed in forma pauperis. Assigned to Magistrate Judge Jared C. Bennett for review, case file forwarded to Magistrate Judge. **(Received by the court on: 8/7/2024)** filed by Plaintiff Remy Kush. (kec) (Entered: 08/07/2024) |
|---|---|---|
| 08/07/2024 | 3 | NOTICE OF PRESIDING MAGISTRATE JUDGE ASSIGNMENT - This case is assigned to a magistrate judge. Under 28 U.S.C. 636(c), Fed. R. Civ. P. 73, and DUCivR 72-4, you are hereby notified that a magistrate judge for the District of Utah may conduct any or all proceedings in this case, including a jury or bench trial and entry of a final judgment. Exercise of this jurisdiction by the magistrate judge is permitted only if all parties voluntarily sign and return the form. To consent, return the Consent Form to the clerk's office within 21 days via email at consents@utd.uscourts.gov or mail to the address on the form. **Please do not efile the Consent Form in the case.** Notice emailed or mailed to Plaintiff Remy Kush. Form due by 8/28/2024. (mh) (Entered: 08/07/2024) |
| 08/07/2024 | 4 | NOTICE of Email Filing and Notification Form by Remy Kush. (alf) (Entered: 08/08/2024) |
| 08/08/2024 | 5 | ORDER temporarily granting 2 Motion for Leave to Proceed in forma pauperis. The court will screen Plaintiffs complaint under 28 U.S.C. § 1915(e)(2) and DUCivR 3-2(b). The time to serve the complaint is tolled until further order of the court. If this case is allowed to proceed, the court will order service of process on Defendant(s). Other than court forms (e.g., the email filing and electronic notification form for unrepresented parties and the consent to jurisdiction of a Magistrate Judge form), Plaintiff must not file any other documents during the time the complaint is screened or until the court orders otherwise. If Plaintiff files any such other documents, they will be lodged on the docket and will not be addressed untilscreening of the complaint is completed. Signed by Magistrate Judge Jared C. Bennett on 08/08/2024. (sg) (Entered: 08/09/2024) |