IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| REMY KUSH,<br><br>　　　　Plaintiff,<br><br>v.<br><br>SYDNEE DICKSON, Utah State Board of Education Superintendent, et al.,<br><br>　　　　Defendants. | **ORDER CONSOLIDATING CASES**<br><br>Case Nos. 2:24-cv-00639-RJS-JCB (Lead)<br>2:24-cv-00845-HCN-DBP<br>2:24-cv-00858-AMA-CMR<br><br>Chief District Judge Robert J. Shelby<br>Magistrate Judge Jared C. Bennett |

On December 31, 2024, this court ordered *Kush v. Cox et al.*, Case No. 2:24-cv-00858-AMA-CMR and *Kush v. Cox et al*., Case No. 2:24-cv-00845-HCN-DBP to be consolidated into *Kush v. Dickson et al*., Case No. 2:24-cv-00639-RJS-JCB (the lowest-numbered case), effective January 15, 2025.  Because the court entered its Order sua sponte under DUCivR 42-1(c), Kush had 14 days to object to the consolidation.  Three weeks have since passed and no objection has been filed.  Accordingly, the Order will take effect and the above-referenced cases are to be consolidated.

　　　　SO ORDERED this 21st day of January 2025.

　　　　　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　ROBERT J. SHELBY
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Chief District Judge