IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| REMY KUSH,<br><br>      Plaintiff,<br><br>v.<br><br>SYDNEE DICKSON, Utah State Board of Education Superintendent, et al.,<br><br>      Defendants. | **JUDGMENT IN A CIVIL CASE**<br><br>Case Nos. 2:24-cv-00639-RJS-JCB (Lead)<br>2:24-cv-00845-HCN-DBP<br>2:24-cv-00858-AMA-CMR<br><br>Chief District Judge Robert J. Shelby<br>Magistrate Judge Jared C. Bennett |

IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered in favor of Defendants.

SO ORDERED this 31st day of March 2025.

BY THE COURT:

_____
ROBERT J. SHELBY
United States Chief District Judge